| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>   United States Attorney<br>2  JESSICA DELANEY<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile:  (916) 554-2900 | **FILED**<br>Apr 03, 2024<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>a black Hasselblad cellphone with serial number A13AA513; a dark grey Samsung cellphone with serial number VK20321CAT1, CURRENTLY LOCATED AT Evidence and Property Section, 46 Natoma Street in Folsom, California<br><br>A Blue 1999 Hyundai Elantra with California License Plate DP933AW and VIN# KMHJF25F9XU760647 | ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS<br><br>2:23-SW-0662 DB<br><br><br><br>2:23-SW-1177 AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: April 3, 2024

*Carolyn K. Delaney* (signature)
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS